No. 1088. CORNELIUS A. DAVIS ET AL., PETITIONERS, *v.* SMOKELESS FUEL COMPANY. May 12, 1913. Petition

for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Chas. C. Burlingham* and *Mr. Chauncey I. Clark* for the petitioners. *Mr. Louis Sturcke* for the respondent.